UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT MACDONALD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-10-2779 |
| | § | |
| GC SERVICES, LP, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

After considering the parties' stipulation of dismissal (Doc. 20) the Court hereby GRANTS the stipulation and dismisses this case with prejudice.

It is further ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs of court.

SIGNED at Houston, Texas, this 3rd day of November, 2010.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE